**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         jgavenman@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE COX and VICENTE BACA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LILYANA NATURALS, LLC,<br><br>Defendant. | Case No.: 4:23-cv-03568-JSW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jamie Cox and Vicente Baca hereby dismiss all claims that Plaintiffs raised or could have raised in this action WITH PREJUDICE. All parties will bear their own costs, expenses, and attorneys' fees.

Dated: December 13, 2023          **BURSOR & FISHER, P.A.**

By:   /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          jgavenman@bursor.com

*Attorneys for Plaintiffs*